UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
VAAD HAKASHRUS CROWN HEIGHTS, INC.,

     **Plaintiff,**        **ORDER**

   -against-            15-CV-5857 (FB)

YOSEF BRAUN, et al.,

     **Defendants.**
-------------------------------------------------------------------x

   This case has recently been reassigned to this magistrate judge for pretrial supervision. One of the motions now pending before this Court is plaintiff's November 17th letter-request for an order compelling defendant Yosef Braun to respond to document demands and interrogatories that were served on him on August 26, 2016. See Letter Motion to Compel (Nov. 17, 2016), Electronic Case Filing Docket Entry ("DE") #41.[1] In response, defense counsel provides a litany of excuses for the delay, but agrees to provide "a full response to the Initial Document Requests, including document production, no later than December 9, 2016." Def. Response at 2.

   This case has now been pending since October 12, 2015 and discovery is scheduled to close the end of next month. This Court will tolerate no further delays in the case.[2] Defendant

---

[1] As defendants note, see Response to Motion (Nov. 21, 2016) ("Def. Response") at 1, DE #42, the discovery demands in question were directed to one defendant, Braun, and not (as plaintiff inaccurately suggests) to defendants collectively.

[2] The pendency of defendants' motion to amend their pleadings is no basis for resisting or prolonging discovery.

Braun is directed, on pain of sanctions, to fully respond to plaintiff's document demands and interrogatories by close of business on December 9, 2016.

      **SO ORDERED.**

**Dated:**    **Brooklyn, New York**
            **December 5, 2016**

            /s/   *Roanne L. Mann*
            **ROANNE L. MANN**
            **CHIEF UNITED STATES MAGISTRATE JUDGE**