UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

VAAD HAKASHRUS CROWN HEIGHTS INC.,                    CIV. ACTION NO.
                                                      15 CV 5857 (RM)

                                        Plaintiff,

                    -against-

YOSEF BRAUN, KINGSTON BAKERY INC.,
CHOCOLATTE, INC., ALLIED WINE CORP.,
EBER'S LIQUORS & WINE INC., WINE BY THE
CASE, INC., RESPONSIBLE LIQUOR, INC., TZION
YAKUBOV, MENACHEM REICH, NATHEN
SCHWARTZ, MOSHE SCHWARTZ, HERMAN
SCHWARTZ & YEHUDA EBER,


                                        Defendants.
-----------------------------------------------------------------x
YOSEF BRAUN, BEIS DIN OF CROWN HEIGHTS,
and VA'AD HAKOHOL DESCHUNAS CROWN
HEIGHTS,


                                        Counterclaim-Plaintiffs,

                    -against-

VAAD HAKASHRUS CROWN HEIGHTS INC.,
AVROHOM OSDOBA, SHLOMO SEGAL, and
DAVE (BEREL) LEVERTOV,


                                        Counterclaim-Defendants.
  -----------------------------------------------------------------x


## **STIPULATION OF SETTLEMENT**


    It is hereby stipulated by and between Counsel that this action is settled.

1

Therefore, it is ordered by the Court that this action is discontinued without costs and without prejudice to the right to reopen the action if settlement is not consummated.

Dated: New York, New York
      July 22, 2019

Levi Huebner & Associates, PC

/ s / Levi Huebner
_____
By: Levi Huebner, Esq.

488 Empire Boulevard, Suite 100
Brooklyn, New York 11225
(212) 354-5555
*Attorneys for Plaintiff and Counterclaim-Defendants Vaad Hakashrus Crown Heights Inc.,Avrohom Osdoba, Shlomo Segal, and Dave (Berel) Levertov*

Sam P. Israel, P.C.

By: _____
Timothy L. Foster (TF0017)

180 Maiden Lane, 6th Floor
New York, NY 10006
TEL: 646-787-9880; FAX: 646-787-9886
timfoster@spi-pc.com
*Attorneys for Defendants and Counterclaim-Plaintiffs*

SO ORDERED:

_____
Hon. Roanne L. Mann, U.S. Magistrate Judge